**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**KENNETH MCCOY,**

**Petitioner,**

**v.** **Case No. 2:25cv631**

**J. BIENEMY, WARDEN,**

**Respondent.**

**FINAL ORDER**

Before the Court is a Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241, ECF No. 1, and Respondent's Motion to Dismiss, or in the alternative, Motion for Summary Judgment, ECF No. 6. In his Petition, the pro se Petitioner challenges disciplinary sanctions imposed during his confinement at Federal Correctional Institution Petersburg (Low).

The matter was referred for disposition to a United States Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A)-(B), Federal Rule of Civil Procedure 72(b), Local Civil Rule 72, and the April 2, 2002 Standing Order on Assignment of Certain Matters to United States Magistrate Judges. In a Report and Recommendation entered on June 22, 2026, the Magistrate Judge recommended the Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, be granted, and the Petition be denied and dismissed with prejudice. ECF No. 10. Petitioner timely filed objections

to the Report and Recommendation.[1] ECF No. 11. Respondent timely filed a response to Petitioner's objections. ECF No. 12.

Having reviewed the record and examined the objections filed by Petitioner, and having made de novo findings with respect to the portions objected to, the Court agrees with the Report and Recommendation on the grounds stated by the Magistrate Judge and **ADOPTS** the Report and Recommendation, ECF No. 10, as the Court's own opinion. Accordingly, the Respondent's Motion to Dismiss, or in the alternative, Motion for Summary Judgment, ECF No. 6, is **GRANTED**, and the Petition, ECF No. 1, is **DENIED** and **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that judgment be entered in favor of the Respondent.

The Petitioner is hereby notified that he may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of the Court at the Walter E. Hoffman United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty (30) days from the date judgment is entered.

The Clerk shall forward a copy of this Order to Petitioner

[1] Petitioner signed his objections on July 9, 2026. ECF No. 11 at 5. The Court affords Petitioner the benefit of the "prison-mailbox rule" which considers court documents "filed" on the date that incarcerated pro se litigants submit the documents to prison officials for mailing. See Houston v. Lack, 487 U.S. 266, 276 (1988).

and to counsel of record for the Respondent.

It is so **ORDERED**.

/s/

Mark S. Davis
United States District Judge

Mark S. Davis
United States District Judge

Norfolk, Virginia
Date: August 18, 2026